# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF CASE OPENING

May 1, 2026

| | |
|---|---|
| No. 26-1956 | JOHN FULTON,<br>        Plaintiff - Appellee<br><br>v.<br><br>CITY OF CHICAGO, et al.,<br>        Defendants - Appellants |

**Originating Case Information:**

District Court No. 1:20-cv-03118
Northern District of Illinois, Eastern Division
District Judge Joan H. Lefkow
Clerk/Agency Rep Thomas G. Bruton

Case filed: 05/01/2026
Case type: cv/pri
Fee status: Paid
Date of Judgment: 03/31/2026
Date NOA filed: 04/30/2026

The above-captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit.

**Deadlines:**

| Appeal No. | Filer | Document | Due Date |
|---|---|---|---|
| 26-1956 | Robert Bartik | Docketing statement due | 05/07/2026 |
| 26-1956 | James Breen | Docketing statement due | 05/07/2026 |
| 26-1956 | City of Chicago | Docketing statement due | 05/07/2026 |
| 26-1956 | John Zalatoris | Docketing statement due | 05/07/2026 |

| 26-1956 | Robert Bartik | Transcript information sheet | 05/15/2026 |
| 26-1956 | James Breen | Transcript information sheet | 05/15/2026 |
| 26-1956 | City of Chicago | Transcript information sheet | 05/15/2026 |
| 26-1956 | John Zalatoris | Transcript information sheet | 05/15/2026 |
| 26-1956 | Robert Bartik | Appellant's brief | 06/10/2026 |
| 26-1956 | James Breen | Appellant's brief | 06/10/2026 |
| 26-1956 | City of Chicago | Appellant's brief | 06/10/2026 |
| 26-1956 | John Zalatoris | Appellant's brief | 06/10/2026 |

**NOTICE REGARDING CRIMINAL CASES: COUNSEL IS REMINDED TO PLEASE COMPLY WITH CIRCUIT RULE 46.1.**

The docketing of an appeal in this court requires litigants and their counsel to comply with several requirements and rules. This notice calls to your attention that the Practitioner's Handbook For Appeals to the United States Court of Appeals for the Seventh Circuit should always be consulted to make sure you comply with all rules and court procedures. The full text of the most current versions of the Handbook, the Federal Rules of Appellate Procedure, the Circuit Rules, court forms and checklists are available at https://www.ca7.uscourts.gov or can be obtained from the Clerk's Office upon request. Counsel and parties are reminded to always check the most current rules.

Important Scheduling Notice!
If a case is designated to proceed to oral argument, hearing notices will be mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at https://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).

form name: **c7_Docket_Notice**    (form ID: **108**)