# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 1, 2026

**To:**  Thomas G. Bruton
         Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 26-1956 |
| Caption: |
| JOHN FULTON, |
|         Plaintiff - Appellee |
| v. |
| CITY OF CHICAGO, et al., |
|         Defendants - Appellants |
| District Court No: 1:20-cv-03118 |
| District Judge Joan H. Lefkow |
| Clerk/Agency Rep Thomas G. Bruton |
| Date NOA filed in District Court: 04/30/2026 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)