# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 4, 2026

|  | JOHN FULTON and ANTHONY MITCHELL, Plaintiffs - Appellees |
|---|---|
| Nos. 26-1956 & 26-1961 | v. |
|  | ROBERT BARTIK et al., Defendants - Appellants |
| **Originating Case Information:** ||
| District Court Nos: 1:20-cv-03118 & 1:20-cv-03119 Northern District of Illinois, Eastern Division District Judge Joan H. Lefkow ||

The court, on its own motion, orders these appeals are **CONSOLIDATED** for purposes of briefing and disposition. The briefing schedule is as follows:

1. The appellants shall file their brief and required short appendix on or before June 10, 2026.

2. The appellees shall file their brief on or before July 10, 2026.

3. The appellants shall file a reply brief, if any, on or before July 31, 2026.

 Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

 form name: **c7_Order_3J**    (form ID: **177**)