# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

May 6, 2026

*By the Court:*

|  | JOHN FULTON and ANTHONY MITCHELL<br>Plaintiffs - Appellees |
|---|---|
| Nos. 26-1956, 26-1961, 26-1982 & 26-1983 | v.<br><br>CITY OF CHICAGO, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court Nos: 1:20-cv-03118, 1:20-cv-03119<br>Northern District of Illinois, Eastern Division<br>District Judge Joan H. Lefkow | |

The court, on its own motion, orders these appeals are CONSOLIDATED for purposes of briefing and disposition. The briefing schedule is as follows:

1. The appellants shall file their consolidated brief and required short appendix on or before June 15, 2026.

2. The appellees shall file their consolidated brief on or before July 15, 2026.

3. The appellants shall file a reply brief, if any, on or before August 5, 2026.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).