**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| JOHN FULTON and ANTHONY MITCHELL, | ) Appeal from the United States ) District Court, Northern District of ) Illinois, Eastern Division |
| Plaintiffs-Appellants, | ) |
| | ) Nos. 20-cv-03118 and 20-cv-03119 |
| v. | ) |
| | ) The Honorable, |
| ROBERT BARTIK, JOHN ZALATORIS, JAMES BREEN, and CITY OF CHICAGO, | ) Joan H. Lefkow, ) Judge Presiding. |
| | ) |
| Defendants-Appellees. | ) |

**APPEARANCE**

I hereby enter my appearance as **counsel of record** for defendant-appellee CITY OF CHICAGO in the above-entitled case.

Respectfully submitted,

MARY B. RICHARDSON-LOWRY
Corporation Counsel
 of the City of Chicago

By:    s/SUZANNE M. LOOSE
       **SUZANNE M. LOOSE**
       Chief Assistant Corporation Counsel
       **MYRIAM ZRECZNY KASPER**
       Deputy Corporation Counsel
       2 North LaSalle Street - Suite 580
       Chicago, IL  60602
       (312) 744-8519/3564
       suzanne.loose@cityofchicago.org

## CERTIFICATE OF SERVICE

The foregoing APPEARANCE has been electronically filed on May 8, 2026. I certify that I have caused the foregoing APPEARANCE to be served on all counsel of record via CM/ECF electronic notice on May 8, 2026.

s/SUZANNE M. LOOSE
**SUZANNE M. LOOSE**