**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| JOHN FULTON and ANTHONY MITCHELL, | ) Appeal from the United States ) District Court, Northern District of ) Illinois, Eastern Division |
| Plaintiffs-Appellees, | ) |
| | ) Nos. 20-cv-03118 and 20-cv-03119 |
| v. | ) |
| | ) The Honorable, |
| ROBERT BARTIK, JOHN ZALATORIS, JAMES BREEN, and CITY OF CHICAGO, | ) Joan H. Lefkow, ) Judge Presiding. |
| | ) |
| Defendants-Appellants. | ) |

## AGREED MOTION FOR LEAVE TO CORRECT JUDGMENT

Defendants-Appellants, by their undersigned attorneys, move this court, pursuant to pursuant to Fed. R. App. P. 10(e) and Fed. R. Civ. P. Rule 60(a), to grant leave to the district court to correct the judgment in *Mitchell v. Bartik*, No. 20-cv-3119 (N.D. Ill.), and in support state as follows:

1.      On May 4, 2026, the district court entered an amended judgment in this case, which disposed of all remaining claims against defendants. R. 577. Also on that date, defendants filed a notice of appeal from that judgment. R. 578.

2.      The judgment entered on that date contained a mistake. It states, in relevant part: "Punitive damages are awarded in favor of plaintiff Anthony Mitchell and against defendant John Zalatoris in the amount of $12,500.00. Punitive damages are awarded in favor of plaintiff Anthony Mitchell and against

defendant James Breen in the amount of $12,500.00. Punitive damages are awarded in favor of plaintiff Anthony Mitchell and against defendant Robert Bartik in the amount of $5,000.00." R. 577.

2.     In accordance with the verdict, this portion of the amended judgment should state "Punitive damages are awarded in favor of plaintiff Anthony Mitchell and against defendant John Zalatoris in the amount of $10,000.00. Punitive damages are awarded in favor of plaintiff Anthony Mitchell and against defendant James Breen in the amount of $10,000.00." The amended judgment is correct in other respects.

3.     The parties agree that the judgment should be corrected to reflect the correct amount of punitive damages the jury awarded in this case.

4.     In order to correct errors of this nature, Rule 60(a) of the Federal Rules of Civil Procedure requires the appellate court2s leave under Rule 10(e) of the Federal Rules of Appellate Procedure.

5.     Accordingly, we ask that, pursuant to pursuant to Fed. R. App. P. 10(e) and Fed. R. Civ. P. Rule 60(a), this court grant leave to the district court to correct the error in the amended judgment.

Respectfully submitted,

MARY B. RICHARDSON-LOWRY
Corporation Counsel
of the City of Chicago

By:    <u>s/ Suzanne M. Loose</u>
SUZANNE M. LOOSE
Chief Assistant Corporation Counsel

2 North LaSalle Street - Suite 580
Chicago, IL 60602
(312) 744-8519
suzanne.loose@cityofchicago.org
*Counsel for Defendant-Appellant City of Chicago*


s/ Shneur Nathan
Shneur Nathan
Special Assistant Corporation Counsel
Shneur Nathan, Avi Kamionski,
Natalie Adeeyo, Breana Brill, & John Cerney
Nathan & Kamionski LLP
206 S. Jefferson Street
Chicago, IL 60661
(312) 612-1072
*Counsel for Individual City Defendants*

**CERTIFICATE OF SERVICE**

The foregoing AGREED MOTION FOR LEAVE TO CORRECT JUDGMENT has been electronically filed on May 13, 2026. I certify that I have caused the foregoing motion to be served on all counsel of record via CM/ECF electronic notice on May 13, 2026.

s/ Suzanne M. Loose
**SUZANNE M. LOOSE**
