# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 14, 2026

Before

JOHN Z. LEE, *Circuit Judge*

| | |
|---|---|
| Nos. 26-1956, 26-1961, 26-1982, 26-1983 | JOHN FULTON, et al.,<br>        Plaintiffs - Appellees<br><br>v.<br><br>CITY OF CHICAGO, et al.,<br>        Defendants - Appellants |
| **Originating Case Information:** | |
| District Court Nos: 1:20-cv-03118 & 1:20-cv-03119<br>Northern District of Illinois, Eastern Division<br>District Judge Joan H. Lefkow | |

Upon consideration of the **AGREED MOTION FOR LEAVE TO CORRECT JUDGMENT**, filed on May 13, 2026, by counsel for the appellants,

**IT IS ORDERED** that the motion is **DENIED** without prejudice to renewal after the parties seek an indicative ruling from the district court that it would grant the request to correct the amended judgment. *See* Fed. R. Civ. P. 62.1(a).